WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
Chris Richardon
Nevada Bar No. 9166
E-mail: Chris.Richardson@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Environmental Service Concepts, LLC;
IMI Miracle Mall LLC

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| Caitlyn Victoria Young, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>Environmental Service Concepts, LLC, a foreign limited-liability company; IMI Miracle Mall LLC dba Miracle Mile Shops, a foreign limited-liability company; and Does I-X, inclusive; and Roe Corporations I-V, inclusive;<br><br>Defendants. | Case No.: 2:26-cv-00271<br><br>**Defendants' Motion to Remove from Service List** |

Defendants request to remove attorney Michael Lowry from the CM/ECF electronic service list. Michael Lowry is no longer working this file.

DATED this 4th day of September, 2026.

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ Chris Richardson*
CHRIS RICHARDSON
Nevada Bar No. 9166
Attorneys for Environmental Service Concepts, LLC;
IMI Miracle Mall LLC

**Certificate of Service**

Pursuant to NRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on September 4, 2026, I served **Defendants' Motion to Remove from Service List** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

`

| | |
|---|---|
| BATTLE BORN INJURY LAWYERS<br>10789 W. Twain Ave., Suite 100<br>Las Vegas, NV 89135<br>Attorneys for Plaintiff | |

BY: */s/ Kate Samano*
An Employee of
WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 9-23-26



344198362v.1